1  JOHN DINAPOLI (SBN 84365)
STEVEN J. SIBLEY (SBN 152365)
2  DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
3  San Jose, CA 95113-2271
Telephone:    (408) 999-0900
4  Facsimile:    (408) 999-0191
e-mail:         jfd@dslaw.net
5
Attorneys for Plaintiff
6  JULIE NANNETTE LEGGITT ALLEN

7                    UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10  JULIE NANNETTE LEGGITT ALLEN,        Case No. 06-CV-06153 EDL

11    Plaintiff,                         [~~Proposed~~]

12  v.
                                         **ORDER CHANGING TIME OF CASE**
13  CENTILLIUM COMMUNICATIONS, INC.,     **MANAGEMENT CONFERENCE  AND**
    a California corporation,            **RELATED EVENTS; AND**
14                                       **GRANTING PLAINTIFF LEAVE TO**
                                         **FILE FIRST AMENDED COMPLAINT**
15    Defendant.
                                         [Civil L. R. 6-2(a), (b), 7-12]

16
17        Having considered the parties' Stipulated Request for an Order Changing Time of Case

18  Management Conference and Related Events and Granting Plaintiff Leave to File a First

19  Amended Complaint and the supporting Declaration of John DiNapoli, plaintiff's counsel, and

20  good cause appearing therefor,

21        IT IS HEREBY ORDERED that:

22        1.    Without further application to or Order of the Court, plaintiff JULIE ALLEN may

23  file a First Amended Complaint in this case on or before Monday, January 8, 2007.

24
25        2.    The parties' last day to meet and confer re: initial disclosures, early settlement,

26  ADR process selection, and discovery plan is extended from December 19, 2006, to and

27  including Monday, January 22, 2007.

28

ORDER CHANGING TIME & GRANTING LEAVE TO AMEND COMPLAINT    Case No. 06-CV-06153 EDL
C:\Cases\Allen.Julie\ExtensionTime.Order.wpd

1    3.    The parties' last day to file either their Stipulation to ADR Process or Notice of

2 Need for ADR Phone Conference is extended from December 19, 2006, to and including

3 Monday, January 29, 2007.

4 4.    The parties' last day to complete initial disclosures or state objection in Rule 26(f)

5 Report, file Case Management Statement, and file Rule 26(f) Report is extended from January

6 2, 2007, to and including Monday, January 29, 2007.

7

8    5.    The Initial Case Management Conference is continued from 10:00 a.m. on

9 January 9, 2007, to __10:00__ a.m. on February __6__, 2007.

10 Dated:    December __27__, 2006

11

12    _____

13    HON.  ELIZABETH D. LAPORTE
    MAGISTRATE JUDGE, UNITED STATES

14    DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

27

28