1  JOHN DINAPOLI (SBN 84365)
   STEVEN J. SIBLEY (SBN 152365)
2  DINAPOLI & SIBLEY
   Ten Almaden Boulevard, Suite 1250
3  San Jose, CA 95113-2271
   Telephone:  (408) 999-0900
4  Facsimile:   (408) 999-0191
   e-mail:       jfd@dslaw.net
5
   Attorneys for Plaintiff
6
   JULIE NANNETTE LEGGITT ALLEN
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 | JULIE NANNETTE LEGGITT ALLEN,    | Case No. 06-CV-06153 EDL
12 |     Plaintiff,                    | [Proposed]
13 | v.                                | **ORDER CHANGING PRESENT PROCEDURAL DEADLINES**
14 | CENTILLIUM COMMUNICATIONS, INC., |
15 | a California corporation,         | [Civil L. R. 6-2(a), (b), 7-12]
16 |     Defendant.                    |

17      Having considered the parties' Stipulated Request for an Order Changing Present

18 Procedural Deadlines and the supporting Declaration of John DiNapoli, plaintiff's counsel, and

19 good cause appearing therefor,

20      IT IS HEREBY ORDERED that:

21
22      1.    Without further application to or Order of the Court, plaintiff JULIE ALLEN may

23 file a First Amended Complaint in this case on or before Thursday, February 8, 2007.

24      2.    The parties' last day to meet and confer re: initial disclosures, early settlement,

25 ADR process selection, and discovery plan is extended from January 22, 2007, to and including

26 Friday, Wednesday, February 21, 2007.

27      3.    The parties' last day to file either their Stipulation to ADR Process or Notice of

28

---

ORDER CHANGING PROCEDURAL DEADLINES                                    Case No. 06-CV-06153
C:\Cases\Allen.Julie\ExtensionTime.Order2.wpd

Need for ADR Phone Conference is extended from January 29, 2007, to and including Wednesday, February 28, 2007.

    4.    The parties' last day to complete initial disclosures or state objection in Rule 26(f) Report, file Case Management Statement, and file Rule 26(f) Report is extended from January 29, 2007, to and including Wednesday, February 28, 2007.

    5.    The Initial Case Management Conference is continued from 10:00 a.m. on February 6, 2007, to __10:00__ a.m. on __March__ __6__, 2007.

Dated:    January __25__, 2007



IT IS SO ORDERED
Judge Elizabeth D. Laporte

_____
ELIZABETH D. LAPORTE
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT

ORDER CHANGING PROCEDURAL DEADLINES
C:\Cases\Allen.Julie\ExtensionTime.Order2.wpd

2

Case No. 06-CV-06153 EDL