IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE NANETTE LEGGITT ALLEN, | No. C-06-06153 EDL |
| Plaintiff, | **ORDER GRANTING MOTION TO WITHDRAW** |
| v. | |
| CENTILLIUM COMMUNICATIONS, INC., | |
| Defendant. | |

On May 9, 2007, John Dinapoli and the DiNapoli & Sibley law firm filed a motion to withdraw from this case as counsel of record. See Doc. No. 24. Plaintiff Allen, proceeding without counsel, has already filed Declaration with the Court stated that she wished to discharge DiNapoli as her attorney. Allen Decl. (Doc. No. 23), ¶ 3. Plaintiff Allen stands ready to receive service of filings and communications in this matter until she retains new counsel. See id. at ¶¶ 3 and 5. Defendant Centillium Communications, Inc. does not oppose DiNapoli's Motion to Withdraw. See Non-Opposition (Doc. No. 28). Accordingly, the Court hereby ORDERS that the Motion of John DiNapoli and the DiNapoli & Sibley law firm to withdraw as counsel for Plaintiff Allen is GRANTED.

It is FURTHER ORDERED that DiNapoli & Sibley is hereby relieved as counsel for Plaintiff, and that the Court and all other parties shall direct all notices and communications to:

> Julie Nannette Leggitt Allen
> 3564 Pleasant Echo Drive
> San Jose, CA 95148
> Telephone: (408) 274-7674
> Facsimile: (408) 274-7674
> Email: consequentially@gmail.com .

1   All parties shall familiarize themselves with the Civil Local Rules and General Orders of this Court
2   regarding service of papers in cases with unrepresented parties, including the May 11, 2007 Order
3   entered by Chief Judge Walker entitled In Re: Electronic Filing in Cases with Unrepresented Parties.
4   As detailed in that Order, all <u>represented</u> parties are required to e-file their submissions to the Court,
5   and are required to serve paper copies by mail on <u>unrepresented</u> parties only.  As before,
6   unrepresented litigants will continue to file and serve all submissions to the Court in paper form
7   unless prior leave is obtained from the assigned judge.
8        A Case Management Conference is set for **June 26, 2007**, at **10:00 a.m.** in Courtroom E, 450
9   Golden Gate Avenue, San Francisco, California.  An updated Joint Case Management Conference
10  Statement is due by **June 19, 2007**.
11  **NOTICE TO UNREPRESENTED PARTY JULIE NANNETTE LEGGITT ALLEN:**
12       Failure to take appropriate action after an attorney has been permitted to withdraw as counsel
13  may result in serious legal consequences. The court is entering this order relieving John DiNapoli
14  and DiNapoli & Sibley from their duties as counsel for Julie Nannette Leggitt Allen (hereinafter
15  "you" or "your") in the above-referenced action, consequently, the full responsibility for conducting
16  this case passes directly to you.  Both the court and the other parties in this case will direct all
17  notices and communications to you at your last known address: Julie Nannette Leggitt Allen, 3564
18  Pleasant Echo Drive, San Jose, CA 95148, Telephone: (408) 274-7674, Facsimile: (408) 274-7674,
19  Email: consequentially@gmail.com.  Notices sent will be sufficient even if you never receive them,
20  for it is your responsibility to attend to your interest and ensure that the court's file in this case
21  correctly reflects your current address and telephone number.  If you fail to file a necessary paper in
22  this case when due, or fail to make a court appearance, the Court may make orders or enter
23  judgments in this case adverse to your interest, including, but not limited to, a dismissal of claims or
24  defenses you may have asserted against your opponent.
25  **IT IS SO ORDERED.**
26
27  Dated: May 16, 2007

       *Elizabeth D. Laporte*
28         ELIZABETH D. LAPORTE
       United States Magistrate Judge

**United States District Court**
For the Northern District of California