RECEIVED

07 JUN -5 PM 3:12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JUN 2 6 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Julie Nannette Leggitt Allen
3564 Pleasant Echo Dr.
San Jose, CA  95148
Telephone: (408) 274-7674
Facsimilie: (408) 274-7674
Email: Consequentially@gmail.com

Plantiff *In Propria Persona* under duress

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIE NANNETTE LEGGITT ALLEN, | Case No. 06-CV-06153 EDL |
| Plantiff, | **STIPULATED REQUEST FOR ORDER STRIKING PLAINTIFF'S FIRST AMENDED COMPLAINT** + ORDER **BY FAX** |
| v. | |
| CENTILLIUM COMMUNICATIONS, INC., a California corporation, | [Civil L. R. 7-12] |
| Defendant. | |

Plaintiff JULIE NANNETTE LEGGITT ALLEN ("Allen") and defendant CENTILLIUM COMMUNICATIONS, INC. ("Centillium"), through its counsel of record, hereby stipulate to an Order which strikes plaintiff's First Amended Complaint, filed on February 9, 2007. Plaintiff's original Complaint is reinstated under separate filing on the same day, and copy sent to all relevant parties.

This Stipulation is based on the fact that plaintiff ALLEN believes that the DINAPOLI First Amended Complaint does not accurately or sufficiently state her claims against defendant and related parties.

Stipulated Request For Order Striking Plaintiff's First Amended Complaint

Julie Nannette Leggitt Allen v. Centillium Comm. Inc.     Case No. 06-CV-06153 EDL

10349867 tif - 6/5/2007 10 15 46 AM

Defendant CENTILLIUM takes no present position on the relative merits of the original Complaint and First Amended Complaint, but has executed this Stipulation, through counsel, at plaintiff's request and as an accommodation to plaintiff and the Court.

Dated: _____, 2007        JULIE NANNETTE LEGGITT ALLEN

By: _____
JULIE NANNETTE LEGGITT ALLEN,
Plaintiff, *in Propria Persona* under duress

Dated: 6/4, 2007             FARELLA BRAUN & MARTEL

By: _____
Diego Acevedo or Thomas Mayhew
Attorneys for Defendant
CENTILLIUM COMMUNICATIONS, INC

IT IS SO ORDERED:

June 26, 2007  Elizabeth D Laporte

Stipulated Request For Order Striking Plaintiff's First Amended Complaint

Julie Nannette Leggitt Allen v. Centillium Comm. Inc.   Case No. 06-CV-06153 EDL

10349867 1t1 6/5/2007 10 15 46 AM