IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE NANETTE LEGGITT ALLEN, | No. C-06-06153 EDL |
| Plaintiff, | **ORDER RE ADR** |
| v. | |
| CENTILLIUM COMMUNICATIONS, INC., | |
| Defendant. | |

For the reasons stated at the September 11, 2007 Case Management Conference, the Court hereby vacates its March 6, 2007 order referring this matter to Early Neutral Evaluation. By September 18, 2007, the parties are ordered to file a Notice of Need for ADR Phone Conference in accordance with See Civil Local Rule 16-8 and ADR L.R. 3-5. The parties shall discuss with the Court's ADR legal staff the option of mediation and the option of referral to an early settlement conference with a Magistrate Judge.

**IT IS SO ORDERED.**

Dated: September 14, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge