**THOMAS B. MAYHEW**
tmayhew@fbm.com
D 415.954.4948

January 17, 2008

*Via E-filing*

The Honorable James Larson
Magistrate Judge
USDC, Northern California
450 Golden Gate Avenue, Courtroom F, Floor 15
San Francisco, CA 94102-3483

IT IS SO ORDERED
/s/ James Larson
Judge James Larson

Re:  *Allen v. Centillium Communications, Inc.*
USDC Northern California, Case No. C06-06153 EDL ADR
Settlement Conference: Request for Rescheduling to
February 20, 2008 at 2:00 p.m.

Dear Judge Larson:

After checking with your courtroom deputy about your availability, the parties (I represent Centillium Communications, and have talked to Julie Allen who is in pro per) have agreed to change the date of the settlement conference from February 5, 2008 at 10 a.m. to February 20, 2008 at 2 p.m. We ask that the Court please reschedule the date.

Respectfully submitted,

/s/

Thomas B. Mayhew

TBM:mtz
cc:    Julie Allen (via facsimile)

21328\1428210.1