IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE NANETTE LEGGITT ALLEN, | No. C-06-06153 (EDL) |
| Plaintiff, | **ORDER RE PLAINTIFF'S COMPLAINT OF "BLATANT REFUSAL OF DEFENSE TO CONDUCT DISCOVERY"** |
| v. | |
| CENTILLIUM COMMUNICATIONS, INC., | |
| Defendant. | |

The Court is in receipt of Plaintiff's "Complaint Regarding Blatant Refusal of Defense to Conduct Discovery." It is unclear what relief Plaintiff seeks from the Court. Plaintiff appears to be seeking discovery, but it does not appear that Plaintiff has any pending requests for documents, depositions, or other discovery that she has served upon Defendants. It is up to Defendant, not the Court, to decide what discovery Defendant wishes to pursue to develop its defense, and Plaintiff's request is therefore DENIED. Plaintiff is encouraged to look at the District Court's pro se handbook, available on the Court's website at http://www.cand.uscourts.gov/. The handbook has a chapter addressing the discovery process.

**IT IS SO ORDERED.**

Dated: January 28, 2008

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge